[This opinion has been published in *Ohio Official Reports* at 83 Ohio St.3d 328.]

THE STATE EX REL. COLVIN, APPELLANT, *v.* NANCY DRILLING COMPANY; INDUSTRIAL COMMISSION OF OHIO, APPELLEE.

[Cite as *State ex rel. Colvin v. Nancy Drilling Co.*, 1998-Ohio-101.]

*Workers' compensation—Court of appeals' judgment affirmed.*

(No. 96-2609—Submitted August 19, 1998—Decided October 7, 1998.)

APPEAL from the Court of Appeals for Franklin County, No. 95APD12-1602.

————————————

*Shapiro, Kendis & Associates Co., L.P.A.*, and *Rachel B. Jaffy*, for appellant.

*Betty D. Montgomery*, Attorney General, and *William J. McDonald*, Assistant Attorney General, for appellee.

————————————

{¶ 1} The judgment of the court of appeals is affirmed consistent with the opinion of the court of appeals.

MOYER, C.J., DOUGLAS, RESNICK, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

F.E. SWEENEY, J., dissents.

————————————